UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE S. COOPER, | No.  2:22-cv-0442 KJN P |
| Plaintiff, | |
| v. | ORDER |
| THE CITY OF ELK GROVE, CA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

In addition, plaintiff failed to sign his complaint; indeed, his pleading is missing the entire signature page of the complaint form.  Rule 11(a) of the Federal Rules of Civil Procedure requires that all documents submitted for filing must be signed by the pro se litigant.  Id.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00;

2. Plaintiff shall submit the missing signature page of his complaint, bearing his signature, within thirty days from the date of this order; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner, and the form for filing a civil rights complaint by a prisoner.

Dated: March 15, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/coop0442.3a(CDCR)