UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE S. COOPER, | No. 2:22-cv-0442 KJN P |
| Plaintiff, | |
| v. | ORDER |
| THE CITY OF ELK GROVE, CA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 13, 2022, plaintiff filed a document bearing the above case caption and case number, and titled "Objections to Magistrate Judge's Findings & Recommendations."  In the text of his filing, plaintiff refers to himself as "petitioner," and claims he is objecting to findings and recommendations issued in Cooper v. Baughman, Case No. 2:16-cv-3039 DB (E.D. Cal.).

Despite its captioning, it appears the document was intended for plaintiff's habeas action, Case No. 2:16-cv-3039 DB,[1] inasmuch as no findings and recommendations have issued in this case.  Thus, the undersigned disregards the filing in connection with this action.  Because plaintiff's caption and case number do not reflect plaintiff's habeas action, and court records

---

[1] A court may take judicial notice of court records.  See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).

1

reflect that no findings and recommendations issued in Case No. 2:16-cv-3039 DB,[2] and Case No. 2:16-cv-3039 DB, was closed on July 23, 2020, plaintiff is advised that he must file any request for relief in Case No. 2:16-cv-3039 DB, in a filing bearing the appropriate case caption and case number.  In the future, plaintiff should take care to properly address documents so that they are filed in the appropriate action.

        Plaintiff also included the signature page for his civil rights complaint as required by court order in this action.  (ECF No. 3.)  The Clerk of the Court is directed to file and docket the signature page (ECF No. 4 at 2) as page 6 of plaintiff's original complaint (ECF No. 1) in this action.  The court will screen plaintiff's complaint by separate order.

        In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's objections (ECF No. 4 at 1) are disregarded;

    2. The Clerk of the Court is directed to file and docket the signature page (ECF No. 4 at 2) as page 6 of plaintiff's original complaint (ECF No. 1) in this action; and

    3. The Clerk of the Court is directed to send plaintiff a copy of his objections filed April 13, 2022 (ECF No. 4 at 1).

Dated:  April 26, 2022

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/coop0442.disr

---

[2] Rather, because all parties consented to the jurisdiction of the magistrate judge (id., ECF 7, 13), the magistrate judge denied the petition for writ of habeas corpus by order on July 23, 2020.  Id. (ECF No. 23.)